**Rond Lee LANE et al.**

**v.**

**Ted SINGLETON et al.**

Court of Appeals of Kentucky.

Feb. 4, 1955.

Napier & Napier, Hazard, for appellants.

S. M. Ward, Hazard, for appellees.

PER CURIAM.

This is an appeal from a judgment upholding a conveyance of land in Perry County to the appellee Ted Singleton by his mother, Isabelle Singleton. The mother clearly stated her reasons for making the conveyance and confirmed the testimony of her son. We concur in the judgment of the chancellor that the appellants established no claim to the land by adverse possession or otherwise. CR 52.01.

The judgment is affirmed.